IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM MORRIS RISBY, #31495-077, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 3:10-CV-1906-N | |
| § | | |
| UNITED STATES OF AMERICA, et al., § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED October 29, 2010.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE